UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGOINVEST DD<br>Hamdije Cemerlica 2<br>71000 Sarajevo, Bosnia Herzegovina<br><br>Petitioner,<br><br>v.<br><br>DEMOCRATIC REPUBLIC<br>OF CONGO and SOCIETE NATIONALE<br>D'ELECTRICITE (S.N.E.L.),<br><br>Respondents. | CASE NUMBER 1:03CV01315<br>JUDGE: Richard J. Leon<br>DECK TYPE: General Civil<br>DATE STAMP: 06/17/2003 |

FILED

JUN 17 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VERIFIED PETITION FOR CONFIRMATION
OF A FOREIGN ARBITRAL AWARD

Petitioner Energoinvest DD ("Energoinvest"), by and through its attorneys, Shearman & Sterling LLP, hereby petitions the Court, pursuant to the Convention on the Recognition and Enforcement of Foreign Arbitral Awards of June 10, 1958 (the "Convention") (codified at 9 U.S.C. §§ 201, *et seq.*), for confirmation of an arbitral award in favor of Energoinvest granted by the International Court of Arbitration ("Court of Arbitration") of the International Chamber of Commerce ("ICC"), convening in Paris, France, on April 30, 2003, Docket No. 11442, against the Democratic Republic of Congo (the "DRC") and the Societe Nationale d'Electricite ("SNEL"). Energoinvest alleges as follows:

JURISDICTION AND VENUE

1. This Court has jurisdiction over the subject matter of this action pursuant to 9 U.S.C. §§ 201 and 203.

2. The United States is a signatory of the Convention.

3. France is a signatory of the Convention.

4. Venue is proper in this district pursuant to 9 U.S.C. §204 and 28 U.S.C. § 1391(f)(4).

## THE PARTIES

5. Petitioner Energoinvest is a corporation organized under the laws of Bosnia Herzegovina, with its principal place of business in Sarajevo, Bosnia Herzegovina.

6. Respondent the Democratic Republic of Congo is a foreign state formerly known as the Republic of Zaire.

7. Respondent Societe Nationale d'Electricite is a wholly state-owned entity organized under the laws of the DRC with its principal place of business in the DRC.

**A. Submission of the Dispute to Arbitration**

8. The underlying dispute between Energoinvest, the DRC and SNEL arises out of a legal relationship defined by a Credit Agreement (the "Agreement") dated March 4, 1986. A copy of the Agreement is attached as Exhibit A, with a translation at Exhibit C.

9. Article 7 of the Agreement specifically provides for arbitration before an arbitration panel of the ICC of all disputes arising out of the Agreement.

10. Article 7 of the Agreement specifically provides that,

Any dispute or disagreement arising from this Credit Agreement shall be subject to a prior amicable settlement between the parties.

Disputes arising from the interpretation or enforcement of this Credit Agreement shall be definitively settled according to the conciliation and arbitration rules of the International Chamber of Commerce of Paris by the Board of Arbiters designated in accordance with these rules.

The place of arbitration shall be Paris (France) and the arbiter shall apply Swiss law.

11. The underlying dispute is within the purview of the arbitration clause contained in Article 7 of the Agreement.

12. On March 4, 2001, Energoinvest filed a Motion for Arbitration before the Court of Arbitration against the DRC and SNEL (the "Respondents").

13. After negotiations aimed at reaching a settlement among all parties failed, Energoinvest requested a continuation of the arbitration proceeding.

14. By June 14, 2002, all parties, including both Respondents, had submitted signed copies of the Terms of Reference, and the Court of Arbitration had duly notified all parties of the timetable for the arbitral proceedings.

15. On September 12, 2002, a hearing was held before the ICC arbitration tribunal (the "Tribunal") in Zurich, Switzerland in which the attorneys representing Energoinvest and the attorneys representing SNEL participated. Although it had received notice of the proceedings and had signed the Terms of Reference, the DRC took no part in the hearing. At the end of the hearing and with the agreement of the parties, the Tribunal decided to schedule a hearing for the case in Paris, France on December 10 and 11, 2002.

16. On December 10, 2002, a hearing was held before the Tribunal in Paris. Attorneys representing Energoinvest and SNEL participated in this hearing; no one attended on behalf of the DRC, which had been duly notified of the proceedings.

**B.    The Arbitral Award**

17. On April 30, 2003, the Tribunal issued an Award in favor of Energoinvest. The Award is attached hereto as Exhibit B and a translation is attached at Exhibit C.

18. The Tribunal ruled that the DRC and SNEL were jointly and severally liable to pay Energoinvest US$18,430,555.47.

3

19. The Tribunal also ruled that the DRC and SNEL were jointly and severally liable to pay Energoinvest interest at an annual rate of 8.75% on the sum of US$18,073,746.94, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and up to the date of full payment, and interest at an annual rate of 5% on the sum of US$356,808.53, starting on March 4, 2001 (date on which the Motion for Arbitration was presented) and up to the date of full payment.

20. Finally, the Tribunal held the DRC and SNEL jointly and severally liable for costs in the amount of US$25,000 for the International Court of Arbitration's administrative costs, US$215,880 for the fees of the arbitrators, and US$168,000 as repayment of the expenses related to the Energoinvest's defense.

21. As of June 17, 2003, no part of the award or interest thereon has been paid.

22. The Tribunal having granted a final and binding award in petitioner's favor, and duly certified copies of the contract and the award being attached hereto, and confirmation of the Tribunal's award in this Court being proper and pursuant to the Convention, petitioner is entitled to have this Court confirm the award in favor of petitioner and against respondents, in the amount of: (i) US$18,430,555.47 plus interest at an annual rate of 8.75% on the sum of US$18,073,746.94, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and up to the date of full payment; (ii) interest at an annual rate of 5% on the sum of US$356,808.53, starting on March 4, 2001 and up to the date of full payment; and (iii) costs in the amount of US$25,000 for the International Court of Arbitration's administrative costs, US$215,880 for the fees of the

arbitrators, and US$168,000 as repayment of the expenses related to the Energoinvest's defense, as provided for in the Tribunal's award.

**WHEREFORE** Petitioner Energoinvest moves this Court for an Order:

1. Confirming the award in favor of Energoinvest and against the Democratic Republic of Congo and the Societe Nationale d'Electricite in the amount of: (i) US$18,430,555.47 plus interest at an annual rate of 8.75% on the sum of US$18,073,746.94, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and up to the date of full payment; (ii) interest at an annual rate of 5% on the sum of US$356,808.53, starting on March 4, 2001 and up to the date of full payment; and (iii) costs in the amount of US$25,000 for the International Court of Arbitration's administrative costs, US$215,880 for the fees of the arbitrators, and US$168,000 as repayment of the expenses related to the Energoinvest's defense, as provided for in the Tribunal's award;

2. Directing that a judgment confirming the award be entered;

3. Granting Energoinvest costs and fees incurred in connection with this proceeding;

4. Granting other and further relief as this Court deems just and proper.

Dated:  June 17, 2003
        Washington, D.C.

SHEARMAN & STERLING LLP

By: _____
Neil H. Koslowe (DC Bar. No. 361792)
E-mail: neil.koslowe@shearman.com
A. Benjamin Spencer (DC Bar. No. 480126)
E-mail: bspencer@shearman.com
SHEARMAN AND STERLING LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2604
Telephone: (202) 508-8000
Facsimile: (202) 508-8100

**Attorneys for Energoinvest DD**

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing Verified Petition for Confirmation of a Foreign Arbitral Award was served via Federal Express, signature required, on June 18, 2003, on all parties and on SNEL's counsel of record as identified on the attached Service List.

_____
Neil Koslowe

SERVICE LIST

**Leonard She Okitundu**
Ministere des Affaires Etrangeres
Place de l'Independence
Boite Postale 7100
Kinshasa-Gombe
Republique Democratique du Congo


**Muyumba Kalembe,**
Director General
Societe Nationale d'Electricite
2831 Avenue de la Justice
Boite Postale 500
Kinshasa-Gombe
Republique Democratique du Congo


**Didier Joseph & Daniel Fauquet**
CMS Bureau Francis Lefebvre
   *Counsel for Societe Nationale d'Electricite*
1-3, Villa Emile Bergerat
92522 Neuilly-sur-Seine Cedex
France

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGOINVEST DD,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>DEMOCRATIC REPUBLIC<br>OF CONGO and SOCIETE NATIONALE<br>D'ELECTRICITE (S.N.E.L.),<br><br>　　　　　　Respondents. | CIV. _____ ( ) |

## VERIFICATION OF PETER R. GRIFFIN

I, Peter R. Griffin, pursuant to 28 U.S.C. § 1746, hereby certify under penalty of perjury as follows:

1.　　I am a Partner of the law firm of Shearman & Sterling LLP. I represented Energoinvest in the arbitration proceedings before the International Court of Arbitration in Docket No. 11442.

2.　　I have read the attached Verified Petition and know the contents thereof to be true to my own knowledge.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of June, 2003.

_____
(signature)

1