UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---

ENERGOINVEST DD, )
)
) CIV. _____ ( )
Petitioner, )
)
v. )
)
DEMOCRATIC REPUBLIC )
OF CONGO and SOCIETE NATIONALE )
D'ELECTRICITE (S.N.E.L.), )
)
Respondents. )

---

### AFFIDAVIT OF PETER R. GRIFFIN

I, Peter R. Griffin, pursuant to 28 U.S.C. § 1746, hereby certify under penalty of perjury as follows:

1. I am a Partner of the law firm of Shearman & Sterling LLP. I represented Energoinvest in the arbitration proceedings before the International Court of Arbitration in Docket No. 11442.

2. The attached copy of the "Accord de Credit" is an accurate, true and correct reproduction of that original agreement.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 16th day of June, 2003.

_____
(signature)

FILED

JUN 17 2003

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

03 1315

1

ACCORD DE CREDIT

Entre

La République du Zaïre, représentée par le Commissaire d'Etat aux Finances et Budget, ci-après dénommée l'EMPRUNTEUR, et la Société Nationale d'Electricité, S.N.EL, en tant que bénéficiaire du crédit,

d'une part

et

La Société ENERGOINVEST, Ro ENERGOKOMERC pour le compte de RO ENERGOINZEN-JERING, Bratstva Jedinstva 2 Sarajevo, Yougoslavie, représentée par Monsieur Hakija TURAJLIC, Président du Comité d'Affaires d'ENERGOKOMERC, ci-après dénommée le PRETEUR,

d'autre part.

IL A ETE CONVENU CE QUI SUIT

PREAMBULE - MANDAT DONNE A LA SOCIETE NATIONALE D'ELECTRICITE, S.N.EL

La République du Zaïre a mandaté la Société Nationale d'Electricité, S.N.EL, à l'effet de procéder à l'aménagement hydroélectrique de Mobayi et de conclure avec les différentes parties intervenantes les contrats permettant de mener à bonne fin l'exécution dudit mandat.

ARTICLE 1 - OBJET DU CREDIT

ENERGOINVEST consent à la République du Zaïre un crédit libellé en US$ destiné à assurer le financement de fournitures, prestations et équipements d'origine yougoslave relatives à :

1.1. L'aménagement hydroélectrique de Mobayi, sur le fleuve Ubangi, sous-région du Nord-Ubangi, en République du Zaïre.

1.2. La construction d'une ligne de transport électrique de 30 kV entre Mobayi et Gbadolite et la construction de postes de transformation 30/6 kV à Gbadolite.

1.3. La restructuration du réseau de distribution de la ville de Gbadolite et des environs.



ARTICLE 2 - MONTANT DU CREDIT

2.1. Le présent accord de crédit porte sur une opération commerciale et financière dont le montant total est de 26 500 000 US$ (vingt six millions cinq cent mille US dollars).

2.2. Le crédit est accordé pour une durée de 10 (dix) ans; il portera un intérêt de 8,75% par an.

2.3. Le PRETEUR s'engage à financer 85% de la valeur totale des fournitures décrites à l'Article 1, soit 22 525 000 US$ (vingt-deux millions cinq cent vingt cinq mille US dollars).

ARTICLE 3 - MODALITES D'EXECUTION

3.1. L'EMPRUNTEUR s'oblige, pour la réalisation des investissements prévus à l'Article 1, de subroger sa Société Nationale d'Electricité, S.N.EL., qui devra conclure des contrats commerciaux avec ENERGOIN-VEST.

3.2. Les contrats commerciaux définiront dans les détails la valeur totale de l'investissement, les étapes de la construction, la durée des travaux, les conditions des études, des fournitures d'équipements, de la supervision, du montage, de la mise en service des installations et les conditions d'intervention d'un Ingénieur-Conseil choisi par l'EMPRUNTEUR et rémunéré par lui.

3.3. Les paiements à opérer dans le cadre du Présent Accord de crédit et des contrats commerciaux seront exprimés en US$, pour la partie en devises.

3.4. Tous les paiements en faveur du PRETEUR stipulés dans le présent Accord de Crédit et dans les contrats commerciaux seront exécutés par l'intermédiaire de la Banque du Zaïre et de Privredna Banka Sarajevo.

ARTICLE 4 - PAIEMENT D'ACOMPTES

4.1. L'EMPRUNTEUR devra effectuer le paiement d'un acompte de 15% de la valeur totale en devises de l'Accord de Crédit, soit 3 975 000 US$ (trois millions neuf cent soixante quinze mille US dollars). Ce montant sera payé de manière suivante : l'EMPRUNTEUR, pour mobiliser le crédit afférent à un contrat commercial devra effectuer le paiement d'un acompte de 15% de la valeur totale du contrat concerné, dans un délai de 30 jours prenant cours à dater de la signature du Contrat commercial, au compte du PRETEUR ouvert auprès de la Privredna Banka Sarajevo.

4.2. Le PRETEUR émettra au moment du paiement des 15% d'acompte, une garantie bancaire en faveur de l'EMPRUNTEUR, d'un montant égal à cet acompte. La garantie bancaire se réduira automatiquement au fur et à mesure sur présentation des factures pour les fournitures accomplies et après l'approbation de celles-ci par S.N.EL. et son Ingénieur- Conseil. Cette garantie sera réduite au fur et à mesure des fournitures effectuées à travers les factures approuvées et sera libérée entièrement au moment de la dernière livraison.

ARTICLE 5 - CONDITIONS DE FINANCEMENT

5.1. Le montant du Crédit afférent à chaque contrat commercial sera remboursé dans un délai de 10 (dix) ans, en 20 (vingt) semestrialités égales, dont la première viendra à échéance 6 (six) mois après la réception provisoire de l'ouvrage, mais pas plus tard que 54 (cinquante quatre) mois après l'entrée en vigueur du présent Accord de Crédit.

5.2. Pour le remboursement du Crédit, le PRETEUR émettra dès le versement de l'acompte stipulé à l'Article 4, point 4.1., 20 (vingt) traites en capital et 20 (vingt) traites en intérêts calculées au taux de 8,75% par an, conformément à l'échéancier accepté par les deux parties contractantes.

5.3. Les traites tirées sur S.N.EL. seront avalisées par le Commissaire d'Etat ayant les Finances dans ses attributions et déposées par S.N.EL. dans un délai de 30 (trente) jours auprès de Privredna Banka Sarajevo, Osnovna Banka Sarajevo.
Au plus tard un mois après la réception provisoire et au plus tard 49 mois après l'entrée en vigueur du présent Accord de crédit, les parties contractantes et leurs banques respectives se mettront d'accord sur la date d'échéance de la première traite en capital et en intérêts.
Les dates d'échéances des autres traites seront inscrites automatiquement sur le principe que chaque traite suivante viendra à échéance six mois après la précédente.

5.4. Ces traites, après leur réception par le PRETEUR, pourront être librement endossées, encaissées ou déposées à titre de garantie.

5.5. Pendant la période de la construction des ouvrages faisant l'objet du présent Accord de Crédit, l'EMPRUNTEUR paiera au PRETEUR des intérêts intercalaires calculés sur les fonds du crédit effectivement utilisés. Ces intérêts intercalaires seront calculés et payés sur la base des jours réels au taux de 8,75% par an, à dater de la première facturation et jusqu'à la date du premier remboursement du crédit en capital. Les intérêts intercalaires seront payés par transfert direct deux fois par an, les 30 juin et 31 décembre de chaque année.

5.6. L'EMPRUNTEUR obtiendra en faveur du PRETEUR une ordonnance octroyant la garantie de l'Etat Zaïrois au présent Accord de Crédit, selon une forme acceptable par le PRETEUR.

5.7. L'EMPRUNTEUR obtiendra en outre, en faveur du PRETEUR, une garantie de transfert, à émettre par la Banque du Zaïre, couvrant le remboursement total du crédit accordé y compris les intérêts intercalaires dus pendant la période de construction et les intérêts sur le capital emprunté.
Cette garantie dont la forme devra être acceptable par le PRETEUR, sera remise dans un délai de 30 (trente) jours après la signature du Contrat commercial.

## ARTICLE 6 - TAXES, IMPOTS, DROITS ET CHARGES DIVERSES

Le présent Accord de Crédit est soumis au régime général d'exonération.
Toutes charges (taxes, impôts, charges sociales ou similaires) imposables en République du Zaïre, seront supportées exclusivement par l'EMPRUNTEUR, pendant toute la période d'exécution du projet et du remboursement du crédit.

## ARTICLE 7 - ARBITRAGE ET LOI APPLICABLE

Tout différend ou litige pouvant découler du présent Accord de Crédit sera préalablement soumis à un règlement amiable entre les parties.

Les différends découlant de l'interprétation ou de l'application du présent Accord de Crédit seront tranchés définitivement suivant le Règlement de conciliation et d'arbitrage de la Chambre de Commerce Internatioale de Paris par le Conseil d'arbitres nommés conformément à ce Règlement.

Le lieu d'arbitrage sera Paris (France) et l'arbitre appliquera la loi suisse.

## ARTICLE 8 - ENTREE EN VIGUEUR DU PRESENT ACCORD DE CREDIT

Le présent Accord de Crédit entrera en vigueur lorsque les conditions suivantes seront remplies :

8.1. Signature de l'Accord de Crédit par les deux parties contractantes.

- 5 -

8.2. Signature d'un Contrat commercial portant sur la réalisation des ouvrages prévus aux paragraphes 1.1., 1.2. et 1.3. de l'Article 1.

8.3. Obtention des autorisations requises de la part des Autorités zaïroises et yougoslaves compétentes, dont les parties contractantes s'informeront réciproquement par écrit.

8.4. Paiement de l'acompte de 15% dont question au paragraphe 4.1. et émission de la garantie d'acompte conformément au paragraphe 4.2. de l'Article 4.

8.5. Réception par le PRETEUR des traites dûment signées et remise à Privedna Banka Sarajevo.

8.6. Remise au PRETEUR de l'ordonnance octroyant la garantie de l'Etat zaïrois comme prévu au paragraphe 6 de l'Article 5.

8.7. Remise au PRETEUR de la garantie de transfert dont mention au paragraphe 7 de l'Article 5.

8.8. Paiement de l'acompte à la signature du contrat commercial pour les dépenses locales tel qu'il est prévu et renseigné en échéance dans le Contrat commercial.

Au cas où les conditions susdites ne seraient pas remplies 6 (six) mois après la date de la signature de l'Accord de Crédit, le présent Accord de Crédit devra être considéré comme nul et non avenu, sans que cela comporte d'obligations ou de responsabilité de la part des parties.

ARTICLE 9 - CORRESPONDANCE

Le présent Accord de Crédit est établi en langue française et en 8 originaux également valables.

Fait à Kinshasa, le

Pour le PRETEUR                                  Pour l'EMPRUNTEUR

Le Président du Comité d'Affaires        Le Président Délégué Général de la
d'ENERGOKOMERC                                   S.N.EL.
M. Hakija TURAJLIC

8/2/86