Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ENERGOINVEST DD
    Plaintiff(s)

Civil Action No. 03-1315 (RJL)

V.

DEMOCRATIC REPUBLIC OF CONGO
and
SOCIETE NATIONALE D'ELECTRICITE
    Defendant(s)

RE: **DEMOCRATIC REPUBLIC OF CONGO**

## DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 01/23/04, and an affidavit on behalf of the plaintiff having been filed, it is this 25th day of March, 2004 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _Jackie Francis_
    Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ENERGOINVEST DD
    Plaintiff(s)

Civil Action No. 03-1315 (RJL)

V.

DEMOCRATIC REPUBLIC OF CONGO
and
SOCIETE NATIONALE D'ELECTRICITE
    Defendant(s)

RE: SOCIETE NATIONALE D'ELECTRICITE

### DEFAULT

It appearing that the above-named defendant has failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 01/19/04, and an affidavit on behalf of the plaintiff having been filed, it is this 25th day of March, 2004 declared that: defendant is in default.

NANCY MAYER-WHITTINGTON, Clerk

By: Jackie Frances
    Deputy Clerk