# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 10-7040 September Term, 2010
FILED ON: MARCH 15, 2011

FG HEMISPHERE ASSOCIATES, LLC,
APPELLEE

v.

DEMOCRATIC REPUBLIC OF CONGO,
APPELLANT

SOCIETE NATIONALE D'ELECTRICITE,
APPELLEE

**FILED**
**SEP 2 6 2014**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Consolidated with 10-7046

Appeals from the United States District Court
for the District of Columbia
(No. 1:03-cv-01315)

Before: GINSBURG and GARLAND, *Circuit Judges*, and SILBERMAN, *Senior Circuit Judge*

## JUDGMENT

These causes came on to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in these causes is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY: /s/
Jennifer M. Clark
Deputy Clerk

Date: March 15, 2011

Opinion for the court filed by Senior Circuit Judge Silberman.